# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 10, 2014

## NO. 03-13-00525-CV

**Old WCA, LP f/k/a Wheeler Coatings Asphalt, LP, Appellant**

**v.**

**Safeco Insurance Company of America and Liberty Mutual Insurance Company, Appellees**

**APPEAL FROM 419TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND ROSE
DISMISSED ON JOINT MOTION -- OPINION BY JUSTICE ROSE**

This is an appeal from the final judgment signed by the trial court on May 16, 2013. The parties have filed a motion to dismiss the appeal, and having reviewed the record, the Court agrees that the appeal should be dismissed. Therefore, the Court grants the motion and dismisses the appeal. Each party shall pay the costs of the appeal incurred by that party, both in this Court and the court below.